UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| LOU ANN WETHERBY,<br>      Plaintiff | :<br>:<br>: |
| v. | :    File No. 1:08-CV-165 |
| MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br>      Defendant | :<br>:<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed March 16, 2009. (Paper 12.) After de novo review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

The Defendant's Motion for Order Affirming the Decision of the Commissioner (Paper 7) is GRANTED. Plaintiff's Motion for Order Reversing the Commissioner's Decision (Paper 4) is DENIED. The Decision of the Commissioner of the Social Security Administration is hereby AFFIRMED.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 28th day of May, 2009.

                                                /s/ J. Garvan Murtha
                                                J. Garvan Murtha
                                                United States District Judge